JUDGE McKENNA     07  CV  6934

ECF Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

MICHAEL WERDIGER, INC. and
ADAMAS MANUFACTURING CORPORATION,

                     Plaintiffs,

         - against -

LUCENT DIAMONDS, INC. and
ALEX GRIZENKO,

                    Defendants.

---------------------------------------------------------x

Case No.: _____

AUG 0 2 2007
U.S.D.C. S.D. N.Y.
CASHIERS

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Michael Werdiger, Inc. ("MWI") and Adamas Manufacturing Corporation ("Adamas") certifies the following information:

1.      (a) MWI is a non-governmental corporation organized and existing under the laws of the State of New York with its principal place of business in New York, New York.

        (b) Adamas is a non-governmental corporation organized and existing under the laws of the State of New York with its principal place of business in New York, New York.

2.      (a) MWI is not a publicly-held corporation or other publicly-held entity.

      (b) Adamas is not a publicly-held corporation or other publicly-held entity.

3.    (a) MWI does not have any parent corporation.

(b) Adamas does not have a parent company.


4.    (a) No publicly-held corporation owns 10 percent or more of MWI's stock.

(b) No publicly-held corporation owns 10 percent or more of Adamas's stock.


Dated: New York, New York
        August ___, 2007

NIXON PEABODY LLP

By: _____
        Robert N. H. Christmas (RC 6189)
437 Madison Avenue
New York, New York 10022
Tel.: (212) 940-3000

Attorneys for Plaintiffs
Michael Werdiger, Inc. and
Adamas Manufacturing Corporation