UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

MICHAEL WERDIGER, INC. and
ADAMAS MANUFACTURING CORPORATION,

                                     Plaintiffs,

               - against -

LUCENT DIAMONDS, INC. AND ALEX
GRIZENKO,

                                  Defendants.

----------------------------------------------------------------- x

Case No.: 07-cv-6934 (LMM)

**SUMMONS IN A CIVIL ACTION**

To:    Lucent Diamonds, Inc.
        7476 East 29th Avenue
        Denver, Colorado 80238

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY

Nixon Peabody LLP
Robert N. H. Christmas
 437 Madison Avenue
New York, New York 10022

an answer to the complaint which is on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AUG 0 2 2007

J. MICHAEL McMAHON
CLERK

                                      DATE

_Marcos Quintero_

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL WERDIGER, INC. and
ADAMAS MANUFACTURING CORPORATION,

Plaintiffs,

– against –

LUCENT DIAMONDS, INC. and
ALEX GRIZENKO,

Defendants.

**AFFIDAVIT OF
SERVICE**

Case No. 07-CV-6934
(LMM)

STATE OF NEW YORK )
COUNTY OF ALBANY  ) SS.:

**SHIRLEY A. PHILLIPS,** being duly sworn, deposes and says:

1.      I am over the age of 21 years, not a party to this action, and reside in the State of New York.

2.      On August 6, 2007, at approximately 3:35 p.m., I personally served the Summons and Complaint with exhibits annexed thereto, together with the Rule 7.1 Statement and the individual rules of Judges Ellis and McKenna, in the above action upon **LUCENT DIAMONDS, INC.**, pursuant to BCL §307 by personally delivering and leaving a copy of said papers with Amy Lesch, a person authorized to accept service on behalf of the New York State Secretary of State, Department of State, 41 State Street, Albany, New York.

3.      At the time said service was made, statutory fee of $40.00 was paid by deponent to the New York State Department of State.

4.      Also, pursuant to BCL §307, on August 6, 2007, I mailed a copy of said papers via registered mail, return receipt requested, at the Main Post Office, Hudson Avenue, Albany, NY 12207, to Lucent Diamonds, Inc., 12600 W. Colfax Avenue, Suite C-400, Lakewood, Colorado 80215, the last known address of its principal place of business, and to Lucent Diamonds, Inc., 7476 East 29th Avenue, Denver, Colorado 80238, the address to which invoices were sent.

_____
**SHIRLEY A. PHILLIPS**

Sworn to before me this
6th day of August 2007.

_____
Notary Public

KATHY J. DEYO
Notary Public, State of New York
Qualified in Greene County
No. 01DE4711583
Commission Expires Dec. 31, 2010