UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHAEL WERDIGER, INC. and
ADAMAS MANUFACTURING CORPORATION,

                      Plaintiffs,    :  Case No.: 07 CV 6934

      - against -    :  **SUMMONS IN A CIVIL ACTION**

LUCENT DIAMONDS, INC. AND ALEX    **JUDGE McKENNA**
GRIZENKO,

                      Defendants.   :
-----------------------------------------------------------------x

To:    Alex Grizenko
        560 Lindsey Road
        Golden, Colorado 80401

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY

Nixon Peabody LLP
Robert N. H. Christmas
437 Madison Avenue
New York, New York 10022

an answer to the complaint which is on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AUG 0 2 2007

# J. MICHAEL McMAHON

| CLERK | DATE |
|---|---|

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MICHAEL WERDIGER, INC. and
ADAMAS MANUFACTURING CORPORATION         07 CV 6934

                         Plaintiffs,      :  Case No.: ____6934____

          - against -                      :  SUMMONS IN A CIVIL ACTION

LUCENT DIAMONDS, INC. AND ALEX
GRIZENKO,                                JUDGE McKENNA

                         Defendants.
------------------------------------------------------------------x

To:    Alex Grizenko
        c/o Lucent Diamonds, Inc.
        7476 East 29th Avenue
        Denver, Colorado  80238

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY

Nixon Peabody LLP
Robert N. H. Christmas
437 Madison Avenue
New York, New York 10022

an answer to the complaint which is on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. This summons is served in pursuant to the terms of the Personal Guarantee (annexed to the Complaint as Exhibit A) and requests that Lucent Diamonds, as Agent, forward this summons and legal process by registered or certified United States Mail, postage prepaid, to Alex Grizenko at his last known home address.

**J. MICHAEL McMAHON**                    AUG 0 2 2007

_____              _____
CLERK                                     DATE

                          *[signature]*
_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MICHAEL WERDIGER, INC. and                      :
ADAMAS MANUFACTURING CORPORATION,               :
                                                :
                    Plaintiffs,   :  Case No.:   07-cv-6934 (LMM)
                                                :
         - against -                          :  **CERTIFICATE OF SERVICE**
                                                :
LUCENT DIAMONDS, INC. AND ALEX                  :
GRIZENKO,                                       :
                                                :
                  Defendants.    :
------------------------------------------------------------------x

The undersigned, a member in good standing of the Bar of this Court, hereby certifies that on August 3, 2007, he caused a true and correct copy of Plaintiff's Summons in a Civil Case, Complaint, Rule 7.1 Disclosure Statement, and Magistrate and Judge's rules to be served by Certified Mail Return Receipt Requested upon:

Alex Grizenko
c/o Lucent Diamonds, Inc.
7476 East 29th Avenue
Denver, Colorado  80238

and

Alex Grizenko
560 Lindsey Road
Golden, Colorado  80401

Dated: New York, New York
       August 3, 2007

                                              NIXON PEABODY LLP

                                              By: _____
                                                  Christopher M. Desiderio (CD 6929)
                                             437 Madison Avenue
                                             New York, New York 10022
                                             Tel.: (212) 940-3000

                                             Attorneys for Plaintiff Michael Werdiger, Inc.