UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL WERDIGER, INC. and
ADAMAS MANUFACTURING CORPORATION,

                                                    Plaintiffs,

                      - against –

LUCENT DIAMONDS, INC. and
ALEX GRIZENKO,

                                                    Defendants.

**AFFIDAVIT OF COMPLAINCE**

Case No. 07-CV-6934
(LMM)

STATE OF NEW YORK )
COUNTY OF ALBANY  ) SS.:

       **SHIRLEY A. PHILLIPS**, being duly sworn, deposes and says:

      1.    I am over the age of 21 years, not a party to this action, and reside in the State of New York.

      2.    On August 6, 2007, at approximately 3:35 p.m., I personally served the Summons and Complaint with exhibits annexed thereto, together with the Rule 7.1 Statement and the individual rules of Judges Ellis and McKenna, in the above action upon **LUCENT DIAMONDS, INC.**, pursuant to BCL §307 by personally delivering and leaving a copy of said papers with Amy Lesch, a person authorized to accept service on behalf of the New York State Secretary of State, Department of State, 41 State Street, Albany, New York. Attached as Exhibit A is a copy of my Affidavit of Service prepared on August 6, 2007.

      3.    Pursuant to BCL §307, on August 6, 2007, I mailed a copy of said papers via registered mail, return receipt requested, at the Main Post Office, Hudson Avenue, Albany, NY 12207, to Lucent Diamonds, Inc., 12600 W. Colfax Avenue, Suite C-400, Lakewood, Colorado 80215, the last known address of its principal place of business, and to Lucent Diamonds, Inc., 7476 East 29th Avenue, Denver, Colorado 80238, the address to which invoices were sent. Attached as Exhibit B are the Post Office Receipts for Registered Mail, the return receipt signed for by Matt Richards on August 9, 2007 for the mailing sent to Lucent Diamonds, Inc., 7476 East 29th Avenue, Denver, Colorado 80238, and the envelope addressed to Lucent Diamonds, Inc., 12600 W. Colfax Avenue, Suite C-400, Lakewood, Colorado 80215 returned due to expiration of the forwarding order.

                                                                     _____
                                                                     SHIRLEY A. PHILLIPS

Sworn to before me this
17th day of August 2007.

_____
Notary Public        KAREN PFINDEL
                         Notary Public, State of New York
                              No. 01PF4918245
                         Qualified in Rensselaer County
                       Commission Expires February 1, 2010.