**Registered No.** RR324308681US

| Reg. Fee $ | $9.50 | Special Delivery $ | |
|---|---|---|---|
| Handling Charge $ | $0.00 | Return Receipt $ | $2.15 |
| Postage $ | $2.16 | Restricted Delivery $ | $0.00 |

Received by

**Date Stamp:** 0207 07 08/06/07

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

Customer Must Declare Full Value $ $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

FROM: Nixon Peabody LLP
1207 So. Pearl St
Albany, NY 12207

TO: Lucent Diamonds, Inc.
7476 East 29th Ave
Denver, CO 80238

PS Form 3806, February 1995   Receipt for Registered Mail (Customer Copy)
(See Information on Reverse)

---

**Registered No.** RR324308678US

| Reg. Fee $ | $9.50 | Special Delivery $ | |
|---|---|---|---|
| Handling Charge $ | $0.00 | Return Receipt $ | $2.15 |
| Postage $ | $2.16 | Restricted Delivery $ | $0.00 |

Received by

**Date Stamp:** 0207 07 08/06/07

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

Customer Must Declare Full Value $ $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

FROM: Nixon Peabody LLP
1200 So. Pearl St
Albany, NY 12207

TO: Lucent Diamonds, Inc.
12600 W. Colfax Ave, Suite C-4
Lakewood, CO 80215

PS Form 3806, February 1995   Receipt for Registered Mail (Customer Copy)
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lucent Diamonds, Inc.
   7476 East 29th Avenue
   Denver, CO 80238

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Matt Richards
C. Date of Delivery: 8-9-7

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

ce label) RR324308681US

bruary 2004   Domestic Return Receipt   102595-02-M-1540



U.S. POSTAGE
PAID
ALBANY, NY
12207
AUG 06, 07
AMOUNT
$13.81
00034021-9



80215



RR 324 308 678 US

**First Class Mail**

NIXON PEABODY
ATTORNEYS AT LAW
Omni Plaza · 30 South Pearl Street · Albany, New York 12207-3425

LUCENT DIAMONDS, INC.



return postage guaranteed

UTP
B31

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Lucent Diamonds, Inc<br>12600 W. Colfax Ave,<br>Suite C-400<br>Lakewood, CO 80215 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  RR 324308678 US | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |



FORWARDING ORDER EXPIRED
RETURN TO SENDER