UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHAEL WERDIGER, INC. and
ADAMAS MANUFACTURING CORPORATION,

                            Plaintiffs,       Case No.: 07-cv-6934 (LMM)

        - against -                         **AFFIDAVIT OF SERVICE**

LUCENT DIAMONDS, INC. AND ALEX
GRIZENKO,

                           Defendants.
-----------------------------------------------------------------x
STATE OF NEW YORK    )
COUNTY OF NEW YORK  ) SS:

**MARTIN BLAKE**, being duly sworn, deposes and says:

    1.    I am over the age of 21 years, not a party to this action, and reside in the State of New York.

    2.    On August 3, 2007, I personally mailed a true and correct copy of Plaintiff's Summons in a Civil Case, Complaint, Rule 7.1 Disclosure Statement, and Magistrate and Judge's rules to (a) Alex Grizenko, c/o Lucent Diamonds, Inc., 7476 East 29th Avenue, Denver, Colorado 80238, and (b) Alex Grizenko, 560 Lindsey Road, Golden, Colorado 80401 via U.S. Certified Mail Return Receipt Requested.

    3.    Annexed hereto as **Exhibit A** is a copy of the signed return receipt confirming delivery of the aforementioned items to Alex Grizenko, c/o Lucent Diamonds, Inc., 7476 East 29th Avenue, Denver, Colorado 80238 was made on August 7, 2007.

    4.    To the best of my knowledge, neither the original package nor the return receipt sent to Alex Grizenko, 560 Lindsey Road, Golden, Colorado 80401 was returned.

.

By: *[signature]*
Martin Blake

Sworn to before me this
30th day of August 2007

*[signature: Debra A. Colon]*
Notary Public

DEBRA A. COLON
Notary Public, State of New York
No. 01CO5082854
Qualified in Richmond County
Commission Expires July 28, 2009

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alex Grizenko
c/o Lucent Diamonds, Inc
7476 E. 29th Ave
Denver, Colorado 80238

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): CHRISNOV
C. Date of Delivery: 8-7-2

D. Is delivery address different from item 1?  ☐ Yes  ☒ No
If YES, enter delivery address below:

AUG - 7 20__

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7006 2150 0003 2611 5151

uary 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Christopher Desiderio, Esq.
Nixon Peabody LLP
437 Madison Ave
NY, NY 10022