Robert N. H. Christmas (RC 6189)
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
Tel.:  (212) 940-3103
Fax:  (212) 940-3111
email:  rchristmas@nixonpeabody.com

**Attorneys for the Plaintiff**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
MICHAEL WERDIGER, INC. and                                  :
ADAMAS MANUFACTURING CORPORATION,   :
                                                                         :
                                        Plaintiffs,          :      Case No.:   07 Civ. 6934 (LMM)
                                                                         :
                - against -                                     :
                                                                         :
LUCENT DIAMONDS, INC. and                               :
ALEX GRIZENKO,                                                 :
                                                                         :
                                        Defendants.         :
------------------------------------------------------------------ x


To:     Clerk of the Court
          United States District Court
           for The Southern District Of New York

Re:     MICHAEL WERDIGER, INC. and ADAMAS MANUFACTURING
          CORPORATION, Plaintiffs, against LUCENT DIAMONDS, INC. and
          ALEX GRIZENKO, Defendants
          Case No. 07 Civ. 6934 (LMM)

Dear Clerk:

        Please enter the default of defendants Lucent Diamonds, Inc. and Alex Grizenko for
failure to plead or otherwise defend this action as provided by Federal Rule of Civil
Procedure 55.

        This request is made pursuant to Fed. R. Civ. P. 55(a) and is supported by the
Declaration of the undersigned which is attached as Exhibit 1, and is accompanied by Proofs
of Service, which are attached as Exhibits 2 and 3.  An email from Defendant Alex Grizenko,

who is also an officer of Defendant Lucent Diamonds, Inc., acknowledging service is attached as Exhibit 4.

Dated: New York, New York
        August 30, 2007

                                            NIXON PEABODY LLP


                                            By:  /s/ Robert N. H. Christmas
                                                 Robert N. H. Christmas (RC 6189)
                                            437 Madison Avenue
                                            New York, NY 10022
                                            Telephone: (212) 940-3000
                                            Facsimile: (212) 940-3111

                                            Counsel for Plaintiffs

10711377.1

2