EXHIBIT 1

Robert N. H. Christmas (RC 6189)
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
Tel.:  (212) 940-3103
Fax:  (212) 940-3111
email:  rchristmas@nixonpeabody.com

**Attorneys for the Plaintiff**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
MICHAEL WERDIGER, INC. and                      :
ADAMAS MANUFACTURING CORPORATION,   :
                                                                       :
                                      Plaintiffs,        :    Case No.:  07 Civ. 6934 (LMM)
                                                                       :
                    - against -                              :
                                                                       :
LUCENT DIAMONDS, INC. and                       :
ALEX GRIZENKO,                                            :
                                                                       :
                                      Defendants.       :
---------------------------------------------------------------- x

### DECLARATION IN SUPPORT OF ENTRY OF DEFAULT

ROBERT N. H. CHRISTMAS, pursuant to 28 U.S.C. § 1746, declares as follows:

1.     This declaration is made in support of the request by plaintiffs Michael Werdiger, Inc. and Adamas Manufacturing Corporation for entry of default against the defendants in this action.

2.     I am the attorney for Plaintiff in this action and I have personal knowledge of the following facts.

3.     Defendant Lucent Diamonds, Inc. was served with a copy of the Summons and Complaint pursuant to Section 307 of the New York Business Corporation Law ("B.C.L.") on August 6, 2007, through the New York Secretary of State and registered mail.  Proof of that service is attached here as Exhibit 2.

4.     Pursuant to the terms of the Personal Guaranty executed by Defendant Alex Grizenko, a copy of which is attached to the Complaint as Exhibit A, he agreed that service upon

Defendant Lucent Diamonds, Inc. would constitute service upon him. Accordingly, in addition to service upon Lucent Diamonds, Inc. pursuant to Section 307 of the BCL (described in Exhibit 2 hereto), a separate service of the Summons and Complaint was made on August 3, 2007 by certified mail to Defendant Alex Grizenko in care of Lucent Diamonds, Inc. Proof of that service is attached here as Exhibit 3.

5.      Grizenko has acknowledged receipt of the Summons and Complaint, in an email dated August 22, 2007. A true copy of that email is attached as Exhibit 4.

6.      More than 20 days has passed since service of the Summons and Complaint on each Defendant. Accordingly, the period for answering or otherwise responding to the Complaint pursuant to Federal Rule of Civil Procedure 12(a) has expired.

8.      Each defendant has failed to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(a).

Subscribed under penalty of perjury this 30th day of August, 2007

/s/   Robert N. H. Christmas
Robert N. H. Christmas

10711251.1