UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
MICHAEL WERDIGER, INC. and
ADAMAS MANUFACTURING CORPORATION,

                          Plaintiffs,

- against -

LUCENT DIAMONDS, INC. AND ALEX
GRIZENKO,

                          Defendants.
------------------------------------------------------------------ x

Case No.:   07-cv-6934 (LMM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
COUNTY OF NEW YORK  ) SS:

**MARTIN BLAKE**, being duly sworn, deposes and says:

    1.    I am over the age of 21 years, not a party to this action, and reside in the State of New York.

    2.    On August 3, 2007, I personally mailed a true and correct copy of Plaintiff's Summons in a Civil Case, Complaint, Rule 7.1 Disclosure Statement, and Magistrate and Judge's rules to (a) Alex Grizenko, c/o Lucent Diamonds, Inc., 7476 East 29th Avenue, Denver, Colorado  80238, and (b) Alex Grizenko, 560 Lindsey Road, Golden, Colorado  80401 via U.S. Certified Mail Return Receipt Requested.

    3.    Annexed hereto as **Exhibit A** is a copy of the signed return receipt confirming delivery of the aforementioned items to Alex Grizenko, c/o Lucent Diamonds, Inc., 7476 East 29th Avenue, Denver, Colorado  80238 was made on August 7, 2007.

    4.    To the best of my knowledge, neither the original package nor the return receipt sent to Alex Grizenko, 560 Lindsey Road, Golden, Colorado  80401 was returned.

.

By: *[signature]*
Martin Blake

Sworn to before me this
30th day of August 2007

*[signature: Debra A. Colon]*
Notary Public

DEBRA A. COLON
Notary Public, State of New York
No. 01CO5082854
Qualified in Richmond County
Commission Expires July 28, 2009

