UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
MICHAEL WERDIGER, INC. and                :
ADAMAS MANUFACTURING CORPORATION,         :
                                          :
                          Plaintiffs,     :     Case No.:  07 Civ. 6934 (LMM)
                                          :
           - against -                    :
                                          :
LUCENT DIAMONDS, INC. and                 :
ALEX GRIZENKO,                            :
                                          :
                          Defendants.     :
--------------------------------------------------------------- x

     I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the

Southern District of New York, do hereby certify that this action commenced on

<u>August 2, 2007</u> with the filing of a Summons and Complaint, a copy of the Summons and

Complaint was served on defendants by serving Lucent Diamonds, Inc. pursuant to N.Y.

Bus. Corp. Law section 307, and by serving Alex Grizenko in care of Lucent Diamonds,

Inc. as designated agent for Alex Grizenko, and proof of such service thereof was filed on

August 9, 20 and 30, 2007.

     I further certify that the docket entries indicate that defendants have not filed an

answer or otherwise moved with respect to the complaint herein.  The default of the

defendants is hereby noted.

Dated: New York, New York
          Aug 31 ___, 2007

                **J. MICHAEL MCMAHON**
                Clerk of the Court

                By: _____
                Deputy Clerk

10709311.1