Robert N. H. Christmas (RC 6189)
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
Tel.: (212) 940-3103
Fax: (212) 940-3111
email: rchristmas@nixonpeabody.com

**Attorneys for the Plaintiff**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MICHAEL WERDIGER, INC. and              :
ADAMAS MANUFACTURING CORPORATION,       :
                                        :
                            Plaintiffs, :   Case No.:  07 Civ. 6934 (LMM)
                                        :
        - against -                     :
                                        :
LUCENT DIAMONDS, INC. and               :
ALEX GRIZENKO,                          :
                                        :
                            Defendants. :
-------------------------------------------------------------------x

ORDER GRANTING DEFAULT JUDGMENT

Upon the Complaint of Plaintiffs Michael Werdiger, Inc. ("MWI") and Adamas Manufacturing Corporation ("Adamas" and, collectively with MWI, "Plaintiffs"), filed on August 2, 2007, against Lucent Diamonds, Inc. ("Lucent") and Alex Grizenko ("Grizenko"), Defendants; and

Upon the Motion for Default Judgment of Plaintiffs filed November 16, 2007 (the "Motion"); and

Plaintiffs having duly served Grizenko, by service of a copy of the Summons and Complaint in this action on August 3, 2007, via certified mail, pursuant to the express terms of

that certain personal guaranty given by Grizenko dated as of December 5, 2002 (the "Guaranty"); and

Plaintiffs having duly served Lucent, by service of a copy of the Summons and Complaint in this action on August 6, 2007, pursuant to New York Business Corporation Law section 307, via registered mail to Lucent's last known place of business; and

Lucent and Grizenko having admitted service of the Complaint (as described in the Declaration of Robert N. H. Christmas, Esq., executed on November 16, 2007, and exhibits thereto supporting the Motion ("Christmas Declaration")), but having failed to serve an answer or otherwise appear in this action; and

The Clerk of this Court having certified the default of Lucent and Grizenko on August 31, 2007; and

The Motion having been duly served on Lucent and Grizenko; and no papers having been submitted in opposition thereto; and after due deliberation, and sufficient cause appearing therefor, it is

ORDERED, ADJUDGED and DECREED that the Clerk of Court shall enter final judgment in favor of Plaintiffs MWI and Adamas and against Defendant Lucent in the amount due and owing pursuant to the invoices of MWI and Adamas (including late fees and the collection fees, costs and disbursements of MWI and Adamas, all as described in the Motion), and Grizenko on his Guaranty in the amount due and owing pursuant to the invoices of MWI and Adamas (including late fees and the collection fees, costs and disbursements of MWI and Adamas, all as described in the Motion), and that Plaintiff shall have execution therefor.

Dated: New York, New York
　　　　_____ ___, 2007

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.

10809021.1

Robert N. H. Christmas (RC 6189)
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
Tel.: (212) 940-3103
Fax: (212) 940-3111
email: rchristmas@nixonpeabody.com

**Attorneys for the Plaintiff**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHAEL WERDIGER, INC. and             :
ADAMAS MANUFACTURING CORPORATION,      :
                                       :
                        Plaintiffs,    :   Case No.:  07 Civ. 6934 (LMM)
                                       :
        - against -                    :
                                       :
LUCENT DIAMONDS, INC. and              :
ALEX GRIZENKO,                         :
                                       :
                        Defendants.    :
-----------------------------------------------------------------x

## DEFAULT JUDGMENT

Upon the Complaint of Plaintiffs Michael Werdiger, Inc. ("MWI") and Adamas Manufacturing Corporation ("Adamas" and, collectively with MWI, "Plaintiffs"), filed on August 2, 2007, against Lucent Diamonds, Inc. ("Lucent") and Alex Grizenko ("Grizenko"), Defendants; and

Upon the Motion for Default Judgment of Plaintiffs filed November 16, 2007 (the "Motion"); and

Plaintiffs having duly served Grizenko, by service of a copy of the Summons and Complaint in this action on August 3, 2007, via certified mail, pursuant to the express terms of

that certain personal guaranty given by Grizenko dated as of December 5, 2002 (the "Guaranty"); and

Plaintiffs having duly served Lucent, by service of a copy of the Summons and Complaint in this action on August 6, 2007, pursuant to New York Business Corporation Law section 307, via registered mail to Lucent's last known place of business; and

Lucent and Grizenko having admitted service of the Complaint (as described in the Declaration of Robert N. H. Christmas, Esq., executed on November 16, 2007, and exhibits thereto supporting the Motion ("Christmas Declaration")), but having failed to serve an answer or otherwise appear in this action; and

The Clerk of this Court having certified the default of Lucent and Grizenko on August 31, 2007; and

Upon the Order dated _____ ____, 2007 granting the Motion, it is

ORDERED, ADJUDGED and DECREED that all allegations pleaded in the Complaint are deemed to be true as against Lucent Diamonds, Inc. and Alex Grizenko; and it is further

ORDERED, ADJUDGED and DECREED that Plaintiffs Michael Werdiger, Inc. and Adamas Manufacturing Corporation have final judgment on their Invoices (as defined in the Motion) for the total principal sum of $276,530.80 together with interest at the contract rate on each Invoice (as set forth in Exhibit B to the Complaint and Exhibit 8 to the Christmas Declaration) through December 15, 2007, in the amount of $155,524.32, plus costs of collection pursuant to the terms of the Invoices in the amount of $23,507.99, for a total judgment in the amount of $455,563.11 bearing interest from the date of judgment at the statutory rate, and that Plaintiffs shall have execution therefor; and it is further

- 3 -

ORDERED, ADJUDGED and DECREED that Plaintiffs Michael Werdiger, Inc. and Adamas Manufacturing Corporation have final judgment on the Guaranty against the Defendant Alex Grizenko on their Invoices (as defined in the Motion) for the total principal sum of $276,530.80 together with interest at the contract rate on each invoice (as set forth in Exhibit B to the Complaint and Exhibit 8 to the Christmas Declaration) through December 15, 2007, in the amount of $155,524.32, plus costs of collection pursuant to the terms of the Invoices in the amount of $23,507.99, for a total judgment in the amount of $455,563.11 bearing interest from the date of judgment at the statutory rate, and that Plaintiffs shall have execution therefor.

Dated:   New York, New York
           _____ ___, 2007

                                        J. MICHAEL McMAHON

                                        By:_____
                                              Deputy Clerk

Approved:


_____
         U.S.D.J.

10808773.1