UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHAEL WERDIGER, INC. and
ADAMAS MANUFACTURING CORPORATION,

                             Plaintiffs,      Case No.: 07 Civ. 6934 (LMM)

- against -

LUCENT DIAMONDS, INC. and
ALEX GRIZENKO,

                            Defendants.
-----------------------------------------------------------------x

     I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on August 2, 2007 with the filing of a Summons and Complaint, a copy of the Summons and Complaint was served on defendants by serving Lucent Diamonds, Inc. pursuant to N.Y. Bus. Corp. Law section 307, and by serving Alex Grizenko in care of Lucent Diamonds, Inc. as designated agent for Alex Grizenko, and proof of such service thereof was filed on August 9, 20 and 30, 2007.

     I further certify that the docket entries indicate that defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants is hereby noted.

Dated: New York, New York
         Aug 31, 2007

                                        **J. MICHAEL MCMAHON**
                                        Clerk of the Court

                                        By: _____
                                        Deputy Clerk

10709311.1