# MICHAEL WERDIGER, INC.
## MWI GROUP

35 West 45th Street, New York, N.Y. 10036, Tel 212 869 5160, Fax 212 869 5945

SOLD TO: LUCENT DIAMONDS, INC.
7476 EAST 29TH AVENUE

DENVER       CO   80238
UNITED STATES

\* INVOICE \*

ATTN:

PAGE: 1    DATE: 1/30/03

TERMS:            ORDER NO:            ACCT NO: LUCE10            INVOICE NO: W16595

All sales are final and payable in U.S. dollars. To avoid late charge, payment must be actually received by Seller within the period set forth above under "Terms", as measured from the date of this invoice. For each late payment Buyer will pay Seller late charges of (1) 1.0% per month (0.033% per day) from the first day overdue until payment has been received by Seller, and of (2) all Seller's reasonable expenses of collection, including attorney's and collection agency fees. No (1) act of forbearance or delay or extension of time by Seller to assess or collect these late charges or (2) acceptance of late payment tendered by Buyer shall constitute a waiver by Seller of its right to assess or collect them with respect to subsequent invoices. This invoice confirms the terms of Seller's existing understanding, written or oral, with Buyer. In the case of any disagreement by Buyer as to any term confirmed herein, Buyer shall give Seller prompt written notice thereof. In any case, acceptance of the goods by Buyer, with or without such written notice, constitutes Buyer's waiver of any disagreement as to acceptance of any and all terms confirmed herein. There are no warranties with respect to the goods sold herein, expressed or implied, other than as contained on this invoice. The Buyer and Seller agree that this sale is governed by the laws of the state of New York.
The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations Resolutions. The seller hereby guarantees that these diamonds are conflict free, based on personal knowledge and/or written guarantees provided by the supplier of these diamonds.
For any product fabricated from rough diamonds mined from January 1, 2003 onward, the seller warrants that the diamonds have been purchased from legitimate sources not involved in funding conflict and are in compliance with United Nations Resolutions. The seller hereby guarantees that the diamonds are conflict free, based on personal knowledge and/or written guarantees provided by the supplier of these diamonds. For any product fabricated from rough diamonds mined prior to January 1, 2003 the seller warrants that conflict diamonds will not be knowingly sold and that, to the best of their ability, will undertake reasonable measures to help prevent the sale of conflict diamonds in this country.

| DESCRIPTION | STYLE | DETAILS | UNITS | PRICE PER UNIT | TOTAL |
|---|---|---|---|---|---|
| PM/BR02529W | Brilliant<br>P185705<br>MEMO: W90295 | Fancy color IMP | 82.70 | 180.00 | 14,886.00 |
| PM/BR02029W | Brilliant<br>P185706<br>MEMO: W90295 | Fancy color IMP | 98.10 | 160.00 | 15,696.00 |
| | | TOTAL: | 180.80 | US$ | 30,582.00 |

FOR RESALE