| Invoice | Date | Due | A/R total | Credit/Adj | Amt.Open | Ref. | Interest through | Days Past Due | Interest per diem | Interest Due |
|---|---|---|---|---|---|---|---|---|---|---|
| W14390 | 9/10/2002 | 12/10/2002 | 3,845.25 | | 892.56 | | 12/15/2007 | 1805 | 0.03% | 531.65 |
| PAYM | 8/24/2006 | | | -2,952.69 | | # 1372 | | | | |
| W14559 | 9/18/2002 | 12/18/2002 | 9,627.20 | | 9,627.20 | | 12/15/2007 | 1797 | 0.03% | 5,709.03 |
| W14752 | 9/30/2002 | 12/30/2002 | 18,221.25 | | 18,221.25 | | 12/15/2007 | 1785 | 0.03% | 10,733.23 |
| W14888 | 10/10/2002 | 1/10/2003 | 65,342.25 | | 65,342.25 | | 12/15/2007 | 1775 | 0.03% | 38,274.22 |
| W15489 | 11/14/2002 | 2/14/2003 | 39,898.55 | | 17,898.55 | | 12/15/2007 | 1741 | 0.03% | 10,283.25 |
| PAYM | 2/26/2004 | | | -3,000.00 | | # 1183 | | | | |
| PAYM | 3/22/2004 | | | -3,000.00 | | # 5717 | | | | |
| PAYM | 3/22/2004 | | | -3,000.00 | | # 1186 | | | | |
| PAYM | 6/9/2004 | | | -3,000.00 | | # 1168 | | | | |
| PAYM | 6/9/2004 | | | -10,000.00 | | # XC74 | | | | |
| A16788 | 12/9/2002 | 3/9/2003 | 27,152.50 | | 27,152.50 | | 12/15/2007 | 1716 | 0.03% | 15,375.92 |
| W16211 | 1/9/2003 | 4/9/2003 | 25,242.00 | | 25,242.00 | | 12/15/2007 | 1686 | 0.03% | 14,044.14 |
| W16352 | 1/20/2003 | 4/20/2003 | 15,526.44 | | 15,526.44 | | 12/15/2007 | 1675 | 0.03% | 8,582.24 |
| W16595 | 1/30/2003 | 4/30/2003 | 30,582.00 | | 30,582.00 | | 12/15/2007 | 1665 | 0.03% | 16,803.28 |
| A18010 | 2/7/2003 | 5/7/2003 | 20,853.25 | | 20,853.25 | | 12/15/2007 | 1658 | 0.03% | 11,409.65 |
| A18549 | 3/12/2003 | 6/12/2003 | 26,293.50 | | 26,293.50 | | 12/15/2007 | 1623 | 0.03% | 14,082.54 |
| W17845 | 4/10/2003 | 7/10/2003 | 4,597.50 | | 4,597.50 | | 12/15/2007 | 1595 | 0.03% | 2,419.89 |
| W17854 | 4/10/2003 | 7/10/2003 | 1,962.00 | | 1,962.00 | | 12/15/2007 | 1595 | 0.03% | 1,032.70 |
| W19070 | 6/12/2003 | 9/12/2003 | 12,339.80 | | 12,339.80 | | 12/15/2007 | 1533 | 0.03% | 6,242.58 |
| ------- | -------- | -------- | | | | | | | | **155,524.32** |
| | | | 301,483.49 | -24,952.69 | 276,530.80 | | | | | |