FEES, COSTS AND DISBURSEMENTS

| Timekeeper | Billable Hours | Timekeeper Rate | Total Fees |
|---|---|---|---|
| Robert Christmas | 29.50 | 615.00 | 18,142.50 |
| Chris Desiderio | 5.00 | 385.00 | 1,925.00 |
| Andrea Greenblatt-Harrison | 5.50 | 190.00 | 1,045.00 |
| Shirley Phillips | 3.50 | 210.00 | 735.00 |
| John Pasterick | 3.00 | 210.00 | 630.00 |
| | | **Total Fees:** | **22,477.50** |

| Disbursements | Totals |
|---|---|
| Copy Charges | 49.52 |
| Filing/Recording Fees | 390.00 |
| Lexis | 547.96 |
| Miscellaneous | 27.62 |
| Postage | 15.33 |
| Telephone | 0.06 |
| **Total Disbursements:** | **1,030.49** |
| **Total Fees & Disbursements:** | **23,507.99** |