Robert N. H. Christmas (RC 6189)
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
Tel.: (212) 940-3103
Fax: (212) 940-3111
email: rchristmas@nixonpeabody.com

**Attorneys for the Plaintiff**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
MICHAEL WERDIGER, INC. and                   :
ADAMAS MANUFACTURING CORPORATION,  :
                                                                          :
                                Plaintiffs,         :   Case No.:  07 Civ. 6934 (LMM)
                                                                          :
            - against -                                  :
                                                                          :
LUCENT DIAMONDS, INC. and              :
ALEX GRIZENKO,                                     :
                                                                          :
                              Defendants.      :
------------------------------------------------------------------ x

To:  Clerk of the Court
     United States District Court
       for The Southern District Of New York

Re:  MICHAEL WERDIGER, INC. and ADAMAS MANUFACTURING
     CORPORATION, Plaintiffs, against LUCENT DIAMONDS, INC. and
     ALEX GRIZENKO, Defendants
     Case No. 07 Civ. 6934 (LMM)

Dear Clerk:

      Please enter the default of defendants Lucent Diamonds, Inc. and Alex Grizenko for failure to plead or otherwise defend this action as provided by Federal Rule of Civil Procedure 55.

      This request is made pursuant to Fed. R. Civ. P. 55(a) and is supported by the Declaration of the undersigned which is attached as Exhibit 1, and is accompanied by Proofs of Service, which are attached as Exhibits 2 and 3.  An email from Defendant Alex Grizenko,

who is also an officer of Defendant Lucent Diamonds, Inc., acknowledging service is attached as Exhibit 4.

Dated: New York, New York
      August 30, 2007

                                              NIXON PEABODY LLP

                                              By:  /s/ Robert N. H. Christmas
                                                  Robert N. H. Christmas (RC 6189)
                                              437 Madison Avenue
                                              New York, NY 10022
                                              Telephone: (212) 940-3000
                                              Facsimile: (212) 940-3111

                                              Counsel for Plaintiffs