Robert N. H. Christmas (RC 6189)
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
Tel.:  (212) 940-3103
Fax:  (212) 940-3111
email:  rchristmas@nixonpeabody.com

**Attorneys for the Plaintiff**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| MICHAEL WERDIGER, INC. and ADAMAS MANUFACTURING CORPORATION, | : : : |
| Plaintiffs, | : Case No.:  07 Civ. 6934 (LMM) : |
| - against - | : : |
| LUCENT DIAMONDS, INC. and ALEX GRIZENKO, | : : : |
| Defendants. | : |

------------------------------------------------------------------ x

DECLARATION OF SERVICE OF MOTION
FOR ENTRY OF DEFAULT JUDGMENT

STATE OF NEW YORK     )
                                           : ss.:
COUNTY OF NEW YORK   )

ROBERT N. H. CHRISTMAS, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am over 18 years of age and not a party to this action.

2.      On November 20, 2007, I caused to be served the Notice of Motion and Motion by Plaintiffs Michael Werdiger, Inc. and Adamas Manufacturing Corporation (collectively "Plaintiffs") for default judgment in this action, with accompanying Declaration and Exhibits, upon the following:

Lucent Diamonds, Inc.
7476 East 29th Avenue
Denver, CO  80238

- 2 -

>Alex Grizenko
>c/o Lucent Diamonds, Inc.
>7476 East 29th Avenue
>Denver, CO  80238
>
>Daniel Duggan, Esq.
>Attorney at Law, L.L.C.
>5310 Ward Road, Suite 102
>Arvada, CO  80002

by U.S. Postal Service Express mail, delivery confirmation requested.  (Attached as Exhibit 1 are copies of the U.S. Postal Service receipts for said service.)  I also served

>Daniel Duggan, Esq.
>Attorney at Law, L.L.C.
>5310 Ward Road, Suite 102
>Arvada, CO  80002

by electronic means, via email addressed to 'danduggan@dugganllc.com' on November 16, 2007.

      3.      The U.S. Postal Service did not return any package listed above, and indicated that each was signed for.

      4.      The electronic services used respectively by Plaintiff's counsel, and by Daniel Duggan, Esq., each indicated that the service by electronic means was received.

      Executed under penalty of perjury this 27th day of November, 2007.

                              /s/ Robert N. H. Christmas
                                  Robert N. H. Christmas

EXHIBIT 1