

EL361261505US

**EXPRESS**
UNITED STATES POSTAL SERVICE™
**MAIL**

POST OFFICE TO ADDRESSEE

SEE REVERSE SIDE FOR
SERVICE GUARANTEE AND LIMITS
ON INSURANCE COVERAGE

*EL361261505US*

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code: 10017
Day of Delivery: Next
Flat Rate Envelope

Date In: 11 20 07
Day / Year

Time In: 2:15 PM

Weight: 15 ozs.

Postage: $16.25

Return Receipt Fee

COD Fee

Total Postage & Fees: $16.25

**FROM: (PLEASE PRINT)**
Robert N. H. Christmas
NIXON PEABODY GPL
437 Madison Ave
NY NY 10022
(641258)

PHONE ( 212 )940-3103

**TO: (PLEASE PRINT)**
Daniel Duggan
Attorney At Law, L.L.C.
5310 Ward Road, Suite 102
Arvada, CO 80002

PHONE ( 303 )432-1700

FOR PICKUP OR TRACKING CALL 1-800-222-1811

WWW.USPS.GOV

**Customer Copy**
Label 11-F  July 1997

NEW YORK, NY 10017
NOV 20 2007
USPS

PRESS HARD. You are making 3 copies.