Robert N. H. Christmas (RC 6189)
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
Tel.: (212) 940-3103
Fax: (212) 940-3111
email: rchristmas@nixonpeabody.com

**Attorneys for the Plaintiff**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

MICHAEL WERDIGER, INC. and
ADAMAS MANUFACTURING CORPORATION,

                    Plaintiffs,

    - against -

LUCENT DIAMONDS, INC. and
ALEX GRIZENKO,

                    Defendants.

-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/07

Case No.: 07 Civ. 6934 (LMM)

## DEFAULT JUDGMENT

Upon the Complaint of Plaintiffs Michael Werdiger, Inc. ("MWI") and Adamas Manufacturing Corporation ("Adamas" and, collectively with MWI, "Plaintiffs"), filed on August 2, 2007, against Lucent Diamonds, Inc. ("Lucent") and Alex Grizenko ("Grizenko"), Defendants; and

Upon the Motion for Default Judgment of Plaintiffs filed November 16, 2007 (the "Motion"); and

Plaintiffs having duly served Grizenko, by service of a copy of the Summons and Complaint in this action on August 3, 2007, via certified mail, pursuant to the express terms of

- 2 -

that certain personal guaranty given by Grizenko dated as of December 5, 2002 (the "Guaranty"); and

Plaintiffs having duly served Lucent, by service of a copy of the Summons and Complaint in this action on August 6, 2007, pursuant to New York Business Corporation Law section 307, via registered mail to Lucent's last known place of business; and

Lucent and Grizenko having admitted service of the Complaint (as described in the Declaration of Robert N. H. Christmas, Esq., executed on November 16, 2007, and exhibits thereto supporting the Motion ("Christmas Declaration"), but having failed to serve an answer or otherwise appear in this action; and

The Clerk of this Court having certified the default of Lucent and Grizenko on August 31, 2007; and

Upon the Order dated _____12/18_____, 2007 granting the Motion, it is

ORDERED, ADJUDGED and DECREED that all allegations pleaded in the Complaint are deemed to be true as against Lucent Diamonds, Inc. and Alex Grizenko; and it is further

ORDERED, ADJUDGED and DECREED that Plaintiffs Michael Werdiger, Inc. and Adamas Manufacturing Corporation have final judgment on their Invoices (as defined in the Motion) for the total principal sum of $276,530.80 together with interest at the contract rate on each Invoice (as set forth in Exhibit B to the Complaint and Exhibit 8 to the Christmas Declaration) through December 15, 2007, in the amount of $155,524.32, plus costs of collection pursuant to the terms of the Invoices in the amount of $23,507.99, for a total judgment in the amount of $455,563.11 bearing interest from the date of judgment at the statutory rate, and that Plaintiffs shall have execution therefor; and it is further

10808773.1

ORDERED, ADJUDGED and DECREED that Plaintiffs Michael Werdiger, Inc. and Adamas Manufacturing Corporation have final judgment on the Guaranty against the Defendant Alex Grizenko on their Invoices (as defined in the Motion) for the total principal sum of $276,530.80 together with interest at the contract rate on each invoice (as set forth in Exhibit B to the Complaint and Exhibit 8 to the Christmas Declaration) through December 15, 2007, in the amount of $155,524.32, plus costs of collection pursuant to the terms of the Invoices in the amount of $23,507.99, for a total judgment in the amount of $455,563.11 bearing interest from the date of judgment at the statutory rate, and that Plaintiffs shall have execution therefor.

Dated: New York, New York
       12/18, 2007

J. MICHAEL McMAHON

By: _____
    Deputy Clerk

Approved:

_____
U.S.D.J.

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____

10808773.1